JOHN GARAN, Respondent, v. McKESSON & ROBBINS, INC., Appellant.— Order denying defendant's motion to strike out plaintiff's demand for a jury trial and to remove cause to the equity calendar unanimously affirmed, with twenty dollars costs and disbursements, upon condition that within five days after service of notice of entry of the order to be entered hereon the plaintiff file a stipulation waiving his right to injunctive relief and limiting his right solely to money damages. On plaintiff's failure to file such stipulation the order will be reversed, with twenty dollars costs and disbursements and the motion to strike the case from the jury calendar will be granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

WILLIAM A. GALVIN, as President, and PATRICK W. CONNELLY, as Treasurer, of Inside Bakery Workers Federal Labor Union No. 19,585, Appellants, v. NATIONAL BISCUIT COMPANY, Respondent.— Order denying plaintiffs' motion for an order directing defendant to complete the testimony given by it in examination before trial and in connection therewith to consult corporate books and records of defendant unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

JO OTT, Respondent, v. ARCHIBALD R. WATSON, Appellant.— Determination of the Appellate Term of the Supreme Court, affirming an order of the City Court, New York County, which granted defendant's motion to strike the cause from the calendar and for other relief " to the extent that plaintiff is stayed from all further affirmative proceedings herein, except to review or vacate this order, until payment of the bill of costs as taxed," unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

SOPHIE CONRAD, as the General Guardian of PAUL GEORGE CONRAD, an Infant, and SOPHIE CONRAD, as General Guardian of JOHN GEORGE CONRAD, an Infant, Respondents-Appellants, v. CLEMENT M. BIDDLE and Others, Appellants-Respondents.— Order entered July 6, 1935, so far as appealed from, unanimously modified by striking out the provision granting the privilege to renew, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

SOPHIE CONRAD, as the General Guardian of PAUL GEORGE CONRAD, an Infant, and SOPHIE CONRAD, as General Guardian of JOHN GEORGE CONRAD, an Infant Appellants, v. CLEMENT M. BIDDLE and Others, Respondents, Impleaded with Another.— Order entered on or about September 6, 1935, denying plaintiffs' motion to resettle order entered July 6, 1935, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

MARIE VADERVEL v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ELSIE TUCCINARDI, as Administratrix, etc., of LOUIS TUCCINARDI, Deceased, v. MILK TRANSPORTATION CORPORATION, Impleaded with the CITY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.